IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
───────────────────────────────────────────────────────────────

STEVEN BERNDT and
ERIC HOLEVATZ,

                Plaintiffs,                OPINION AND ORDER

    v.

                                              11-cv-791-wmc

CLEARY BUILDING CORP.,

                Defendant.
───────────────────────────────────────────────────────────────

    The court grants the parties' joint motion (dkt. #117) and thus approves the proposed class notice with the court's minor changes (see attached documents). The court also orders that in addition to being mailed to the class, a copy of the notice be conspicuously posted on the employee bulletin board at each Cleary branch office.

    Dated this 1st day of February, 2013.

                                         BY THE COURT:

                                         /s/

                                         _____
                                         William M. Conley
                                         District Judge

1.  Defendant Cleary Building Corp. shall produce to plaintiffs, within ten days of this order, a list, in electronic importable format (e.g., Microsoft Excel (.xls)), of all persons employed as field crew employees for Cleary Building Corporation, at any time from three years prior to the Court's order to the present, including his or her name, most recent known address, telephone number, dates of employment as a nurse, and his or her employee number.

Entered this 24th day of January, 2013.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge