UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**STEVEN BERNDT**, *et al.*,

                Plaintiffs,

                              Case No. 11-cv-791

v.

**CLEARY BUILDING CORP.**,

                Defendant.

**NOTICE THAT PLAINTIFFS' MOTION FOR LEAVE TO FILE
A THIRD AMENDED COMPLAINT IS NOW UNOPPOSED**

Please take notice that, after counsel for the parties further conferred on Plaintiffs' Motion for Leave to File A Third Amended Complaint (dkt. #160), Defendant Cleary Building Corporation hereby withdraws its opposition to Plaintiffs' motion. In withdrawing its opposition to Plaintiffs' motion, Defendant reserves and does not waive any defenses to the additional class claims proposed in Plaintiffs' Third Amended Complaint, including opposition to any motion for class certification under Fed. R. Civ. P. 23.

Dated this 3rd day of May, 2013.

                            **WHYTE HIRSBOECK DUDEK S.C.**
                            **Attorneys for Defendant**

                            s/ *Jeffrey A. McIntyre*
                            Thomas P. Godar
                            Jeffrey A. McIntyre
                            Barbara J. Zabawa
                            Erin M. Keesecker


                            **HAWKS QUINDEL, S.C.**
                            **Attorneys for Plaintiffs**

                            s/ *William E. Parsons*
                            William E. Parsons
                            David C. Zoeller
                            Larry A. Johnson
                            Summer H. Murshid