IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**STEVEN BERNDT et al.,**
individually and on behalf
of all others similarly situated

            Case No. 11-cv-791

    Plaintiffs,

 vs.

**CLEARY BUILDING CORP.**

    Defendant.

**PLAINTIFFS' MOTION FOR FED. R. CIV. P. 23 CLASS CERTIFICATION**

   PLEASE TAKE NOTICE that the above-named Plaintiffs, individually and on behalf of those similarly situated, by and through their attorneys, move the Court for an order granting class certification pursuant to Fed. R. Civ. P. 23, appointing Hawks Quindel, S.C. as class counsel, appointing Steven Berndt, Mike Harmon, Ryan Steere, and Raymond Peterson as class representatives, and authorizing Notice to the classes in the forms attached as Exhibits 18-21 to the Declaration of Attorney William Parsons (dkt. #292) submitted in support of this Motion.

   The basis for this Motion is contained in Plaintiffs' Memorandum in Support of Motion for Rule 23 Class Certification filed herewith.

Dated this 24th day of May 2013.

          **HAWKS QUINDEL, S.C.**

      By:        */s/ William E. Parsons*
           William E. Parsons, SBN 1048594
           Email: wparsons@hq-law.com
           David C. Zoeller, State Bar No. 1052017
           Email: dzoeller@hq-law.com
           222 W. Washington Ave, Suite 450, PO Box 2155
           Madison, Wisconsin 53701-2155
           Telephone: (608)257-0040

           Larry Johnson, State Bar No. 1056619
           Email: ljohnson@hq-law.com
           Summer H. Murshid, State Bar No. 1075404
           Email: smurshid@hq-law.com
           222 East Erie St., Suite 210, P.O. Box 442
           Milwaukee, WI 53201
           Attorneys for Plaintiffs