## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

STEVEN BERNDT et al.,

              Plaintiffs,

    v.

                                    Civil Action No. 11-CV-791

CLEARY BUILDING CORP.,

              Defendant.

## DECLARATION OF NOAH REINSTEIN

I, Noah Reinstein, certify under penalty of perjury that the following is true and correct to the best of my knowledge and recollection:

1.      The statements set forth in this declaration are made of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated below.

2.      I am an adult resident of the State of Wisconsin and am an attorney in good standing, licensed to practice in Wisconsin and in front of this Court.

3.      I have practiced law in Milwaukee, Wisconsin since 2008 and have represented Plaintiffs in multiple class and collective action wage and hour matters.

4.      I am aware that the attorneys at Hawks Quindel have represented Plaintiffs in multiple class and collective action wage and hour matters in front of the Western District of Wisconsin as well as other Federal District Courts.

5.      As an attorney who has practiced in this market for more than 5 years, and as counsel on other complex class and collective wage and hour matters, I am

familiar with the market rate in Wisconsin for representation of plaintiffs under state law and the FLSA with respect to class and collective action wage and hour claims. The market rate for such claims is between 30% and 33.33%.

6.      I understand that class counsel in the above-captioned matter is filing a Petition for Attorneys' Fees and Costs. I further understand class counsel is petitioning for attorneys' fees of approximately 30% of the common fund of $925,000.

7.      Based on my experience and knowledge of the market, as well as my personal knowledge of the work of the attorneys at Hawks Quindel, S.C., my opinion is that this contingent fee is reasonable for this type of case. Further, based on my experience and knowledge of the market, and my review of the filings in this matter, my opinion is that the result reached for the Plaintiffs is fair and reasonable, and an excellent result relative to other wage and hour class actions that I am familiar with from around the country, including claims for repayment of wages owed for off the clock work and travel time.

Executed on November 12th, 2013.


_____   /s/ Noah Reinstein_____
Noah Reinstein